UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD KEMPER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:09CV41 CDP |
| | ) |
| MARK BISHOP, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 1st day of May, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE