UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RONALD KEMPER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:09CV41 CDP |
| MARK BISHOP, | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is petitioner's motion to proceed in forma pauperis on appeal. For the reasons set forth in the May 1, 2005 Memorandum and Order and Order of Dismissal, the Court does not believe that petitioner's appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal [Doc. #14] is **DENIED**.

Dated this 2nd day of June, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE